■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN C. WATSON, Appellant. [19 NYS3d 784]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered September 11, 2014, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty should be vacated because the prosecutor allegedly misrepresented that he would provide a laboratory report to the defendant at the sentencing proceeding is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Andrades*, 119 AD3d 951 [2014]; *People v Murphy*, 55 AD3d 930 [2008]) and, in any event, based on matter dehors the record (*see People v Mallayev*, 120 AD3d 1358, 1359-1360 [2014]). Mastro, J.P., Hall, Sgroi and Duffy, JJ., concur.